UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:                                              Chapter 11

FIORANO TILE IMPORTS, INC.,                         Case No.  8-10-77406

                      Debtor.
------------------------------------------------x
In re:                                              Chapter 11

FIORANO TILE SHOWCASE
AT BELLMORE, LLC,                                   Case No.  8-10-77407

                      Debtor.
------------------------------------------------x

**Affidavit In Accordance**
**With Local Bankruptcy Rule 1007-7**

State of New York  )
                    )
County of Nassau   )

Jerry Tudisco, being duly sworn, hereby deposes and says:

1. I am the Chairman of Fiorano Tile Imports, Inc. ("Fiorano Tile") and the Managing Member of Fiorano Tile Showcase at Bellmore, LLC ("Fiorano Showcase").

2. I am fully familiar with the facts as set forth herein and make this application in support of the Chapter 11 filings of both Fiorano Tile and Fiorano Showcase.

3. While they are two separate legal entities, the corporations act as a single business organization, operating under the name Fiorano Showroom.

4. Fiorano Tile operates out of a location at 1400 Hempstead Turnpike, Elmont, New York. Fiorano Tile leases this location from the mother of the owners. The real property is presently in foreclosure.

5. Fiorano Tile is also the obligor on a lease for a warehouse located at 6 Teminal Road, West Hempstead, New York.

6. Fiorano Showcase operates out of a location known as 2780 Merrick Road, Bellmore, New York.

7. Fiorano Showcase, up until March, 2010 utilized the location pursuant to the terms of a sub-lease with Ultimate Bath Hardware Inc. ("Ultimate Bath").

8. In April 2010 Ultimate Bath vacated the premises, voiding the sublease. Fiorano Showcase is presently occupying this space on a month-to-month basis.

### Fiorano Tile Imports, Inc.

9. Fiorano Tile Imports, Inc., was founded by Jack and Sandy Tudisco, 33 years ago. The company is names in honor of the town of "Fiorano" in Italy, which is the epicenter of tile innovation and tile production in the world. The Tudiosco's and their sons have been owner/operators for three decades. They specialize in providing high quality tile from Italy as well as artisan type tile, made in the U.S.A. Jack Tudisco, founder, passed away 5 years ago and Sandy is semi-retired and living in Seaford, New York. The three sons, Joseph, Jerry and John, continued the operations of the company, and have been instrumental in elevating the Fiorano name to appeal not only to the average Long Islander, but also to the upscale market. They have generations of satisfied customers, including homeowners, designers and architects.

### Fiorano Tile Showcase, LLC.

10. Fiorano Tile Showcae, LLC was established to service the middle and upscale market, by providing high quality tile and stone. This Bellmore, New York showroom conveniently serves eastern Nassau County, with an emphasis on the South Shore and surrounding areas. They

provide an alternative to the big box stores, and of other stores that provide mediocre product and service. Fiorano Tile Showcase features product primarily from Italy and the USA.

11. The Fiorano business organization operated a third showroom, known as Fiorano Tile Gallery, located at 32 Hillside Avenue, Williston Park, New York ("Fiorano Gallery").

12. Fiorano Gallery is a completely separate business entity. While the owners of Fiorano have an ownership interest in Fiorano Gallery, they are not in control of that entity. Fiorano Gallery did not file for protection under Chapter 11.

13. Included as part of each of the bankruptcy petitions is a list of the twenty largest unsecured creditors.

14. The secured creditors of Fiorano Tile and Fiorano Showcase are the United States Treasury and the State of New York. Both entities claims are based on each Debtor's failure to pay taxes.

15. Annexed hereto as **Exhibit "A"** is a summary of each Debtor's assets and liabilities.

16. Jerry Tudesco, John Tudesco and Joseph Tudesco are the owners of the Debtors. The breakdown of ownership is as follows:

|  | Fiorano Tile | Fiorano Showcase |
| --- | --- | --- |
| Jerry Tudesco | 34 % | 50 % |
| Joseph Tudesco | 33 % |  |
| John Tudesco | 33 % | 50 % |

17. Annexed hereto as Exhibit "B" is a copy of the Debtors' budgets.

18. The Debtors have filed Chapter 11 in order to gain a breathing space to reorganize. Some of the factors the Debtors are considering are:

a. Closing the warehouse and moving that operation into a new location;
b. Negotiation of a satisfactory lease for Fiorano Showcase, either at that location or another;
c. Resolution of foreclosure proceedings on the Fiorano Tile location or the possible relocation of that entity;
d. Refocus their marketing efforts;
e. Restructuring of inventory;
f. Partnering with other entities in the same business.

19. The Debtors presently employ 23 people.

20. The Debtors believe that they will be able to emerge from Chapter 11 as a strong and viable supplier of quality products.

_____
Jerry Tadisco

Sworn to before me this
21st day of September, 2010.

_____
Notary Public

Commission #: Ellen M. Friedman
Commissioned: 01FR5045129
Commission expires: Suffolk County, NY
August 14, 2011