# Exhibit A

Fiorano Tile Imports, Inc.
Balance Sheet
As of September 15, 2010

## ASSETS

| | |
|---|---:|
| Cash | 0.00 |
| Accounts Receivable | 100,154.00 |
| Inventory | 196,000.00 |
| Improvements | 132,801.00 |
| Warehouse Equipment | 64,413.00 |
| Furniture & Fixtures | 71,398.00 |
| Trucks Cars and Delivery Equipment | 179,483.00 |
| Security Equipment | 1,633.00 |
| Marble Shop Tools | 160,859.00 |
| Displays | 51,940.00 |
| Office Equipment | 5,144.00 |
| Accumulated Depreciation | -543,873.00 |
| Security Deposits | 20,833.00 |
| Loan Closing Costs | 20,515.00 |
| Accumulated Amortization Loan Costs | -20,515.00 |
| **Total Assets** | **440,785.00** |

## LIABILITIES

| | |
|---|---:|
| Accounts Payable Trade | 1,793,363.00 |
| Accrued Expenses - estimated | 15,000.00 |
| Loans Payable - Vehicles | 3,963.00 |
| Sales and other Taxes Payable | 376,512.00 |
| Loans Payable Shareholders | 340,505.00 |
| Loan Payable - Related Companies | 194,688.00 |
| Loans Payable - others | 340,635.00 |
| **Total Liabilities** | **3,064,666.00** |

## SHAREHOLDERS DEFICIT

| | |
|---|---:|
| Capital Stock | 2,000.00 |
| Accumulated Deficit | -2,625,881.00 |

| | |
|---|---:|
| **Total Shareholders Deficit** | -2,623,881.00 |
| **Total Liabilities & Shareholders Deficit** | 440,785.00 |

Fiorano Tile Showcase at Bellmore LLC
Balance Sheet
As of September 15, 2010

## ASSETS

| | |
|---|---:|
| Cash | 100.00 |
| Due from Fiorano Tile Imports Inc. | 118,209.00 |
| **Total Assets** | **118,309.00** |

## LIABILITIES

| | |
|---|---:|
| Accounts Payable Trade | 21,453.00 |
| Accrued Expenses - estimated | 2,500.00 |
| Sales and other Taxes Payable | 97,271.00 |
| **Total Liabilities** | **121,224.00** |

## SHAREHOLDERS DEFICIT

| | |
|---|---:|
| Capital Stock | 2,000.00 |
| Accumulated Deficit | -4,915.00 |
| **Total Shareholders Deficit** | **-2,915.00** |
| **Total Liabilities & Shareholders Deficit** | **118,309.00** |